ELIZABETH MANNION, RESPONDENT, v. HUDSON AND MANHATTAN RAILROAD COMPANY, APPELLANT.

Submitted May 31, 1941—Decided September 19, 1941.

For the respondent, *John A. Lombardi.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.